UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 05587
   WILLIAM J. JENSEN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9847
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/29/07 .

   2.  The case was dismissed without confirmation, 07/27/2007.

   3.  The Debtor paid a total of $    477.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN BANK USA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | SECURED | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 266.68 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROMEOVILLE | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 266.68 | .00 | .00 | .00 | 266.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 266.68 | .00 | .00 | .00 | 266.68 |

The Debtor's attorney, JOHN C DENT               , was allowed $   3000.00
and was paid $   315.00  direct and $    197.92  through the plan.

The Trustee received $    12.40 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/09/07                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```